**UNITED STATES DISTRICT COURT     EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 1:13-CR-6 |
| | § § § | |
| DONALD ARTHUR VAUGHN | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Zack Hawthorn recommended:

1. that the court find that the Defendant violated the third allegation in the petition that he failed to follow a special condition of release;

2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3. the Defendant shall be sentenced to a term of 16 months' imprisonment on Count 1, and 8 months' imprisonment on Count 10 (to run concurrently), which shall include 180 days' unserved community confinement (converted to an equivalent term of imprisonment). He shall be sentenced to a term of supervised release for 36 months for Count 1, and 4 months for Count 10 (to run concurrently), with the first 180 days of his supervised released term to be served in a Residential Reentry Center or similar facility, in a community corrections component. The Defendant requested to serve his term of imprisonment at the Federal Correctional Institute in Bastrop, Texas if the Bureau of Prisons can accommodate such request.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended. The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. The court adopts the magistrate judge's findings for the imposition of the special conditions of supervised release. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Donald Arthur Vaughn's supervised release is **REVOKED**.

SIGNED at Beaumont, Texas, this 15th day of May, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE